411 A.2d 215

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William L. (Sonny) BURNS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1980.

Decided Feb. 25, 1980.

Michael von Moschzisker, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Kenneth S. Gallant, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and FLAHERTY, JJ.

## OPINIONS

PER CURIAM:

Judgments of sentence affirmed.